**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| ONADIS FUENTES GOMEZ, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )    No. 4:26-cv-00021-TWP-KMB |
| | ) |
| SAM OLSEN Field Office Director of | ) |
| Enforcement and Removal Operations, Chicago | ) |
| Field Office, Immigration and Customs | ) |
| Enforcement, | ) |
| KRISTI NOEM Secretary, U.S. Department of | ) |
| Homeland Security, | ) |
| PAMELA BONDI U.S. Attorney General, | ) |
| SCOTT A. MAPLES, JR. Sheriff, Clark County | ) |
| Jail in his official capacity, | ) |
| | ) |
| Respondents. | ) |

## Order to Show Cause

The Court, having considered the above action and the matters which are pending, makes the following rulings:

1. The respondents are **notified** of the filing of the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This material has been scanned into the Court's electronic docket. A copy of this Order to Show Cause, the petition, and exhibits shall be **distributed electronically to** the United States Attorney.

2. The **clerk is directed** to issue process **by mail** to the Clark County Respondent. Process will consist of the petition (dkt. [1]), exhibits, and this Order.

3. The respondents will have **through February 3, 2026**, to answer the allegations of the habeas petition and **show cause** why the relief sought by the petitioner should not be granted. The petitioner will have **four days after service of the answer** to reply.

4.      The respondents shall not transfer Petitioner outside the jurisdiction of the United States or transfer her to any federal judicial district other than those in the States of Illinois, Indiana, or Wisconsin during the pendency of this habeas petition. *A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025) (citing 28 U.S.C. § 1651(a) ("[T]he Government represented on the record in federal court that it reserved the right to remove detainees after midnight. We had the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve our jurisdiction over the matter.*"); United States v. United Mine Workers of Am.*, 330 U.S. 258, 293 (1947) ("The District Court had the power to preserve existing conditions while it was determining its own authority to grant injunctive relief.").

**IT IS SO ORDERED.**

Date: 1/26/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Alush Kola
Law Offices of Al Kola
alkolalaw@yahoo.com

Sheriff Scott A. Maples, Jr.
Clark County Sheriff's Office
501 East Court Avenue
Jeffersonville, IN 47130

Courtesy copies (by electronic mail):

Jeff Lowe, Kightlinger and Gray (jlowe@k-glaw.com)

Shelese Woods, Assistant U.S. Attorney (shelese.woods@usdoj.gov)